371 A.2d 1299

Commonwealth v. Miller (Goldblum Appeal).

Argued November 12, 1976. H. David Rothman, for appellant; Robert L. Eberhardt, Assistant District Attorney, with him Robert E. Colville, District Attorney, for Commonwealth, appellee.

Order affirmed.

WATKINS, P. J., absent.